**SEALED**  **FILED**

JUN 14 2023

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | SEALED |
| v. | Case No. 23 CR 107 JFH |
| PRESLEY EDWARD LAWSON, | |
| *Defendant.* | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]**

On or about June 8, 2022, in the Eastern District of Oklahoma, the defendant, **PRESLEY EDWARD LAWSON**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT TWO

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]**

On or about June 15, 2022, in the Eastern District of Oklahoma, the defendant, **PRESLEY EDWARD LAWSON**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about July 1, 2022, in the Eastern District of Oklahoma, the defendant, **PRESLEY EDWARD LAWSON**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about August 9, 2022, in the Eastern District of Oklahoma, the defendant, **PRESLEY EDWARD LAWSON**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION
### [21 U.S.C. § 853]

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Counts One through Four of this Indictment involving violations of Title 21, Sections 841(a)(1) and 841(b)(1)(A), the defendant, **PRESLEY EDWARD LAWSON**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any

and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to: an asset forfeiture money judgment in the amount of proceeds obtained by the defendant.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*[signature]*

ZACHARY W. PARSONS, TX BAR NO. 24104449
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY